IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNY ARCHULETA and JOHN
BOATWRIGHT, individually and on
behalf of all others similarly situated,

        Plaintiffs,

v.	Case No. 1:16-cv-00112-MCA-CG

MVCI ENERGY SERVICES, INC.,

        Defendant.

## ORDER EXTENDING STAY

**THIS MATTER** comes before the Court on the parties' *Joint Status Report* ("JSR"), (Doc. 23), filed July 22, 2016. The JSR was filed jointly by the parties to notify the Court that they are making substantial progress in their settlement negotiations, and to request that the Court continue the current stay in this case for an additional month to allow them to determine whether the matter can be settled. Having considered the request, noting that all parties concur, and being otherwise fully advised, the Court finds that the parties' request to continue the stay is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all proceedings in the above-captioned case are **STAYED** until August 22, 2016. The parties shall file a joint status report by **August 22, 2016** regarding the progress of negotiations.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE