IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNY ARCHULETA and JOHN
BOATWRIGHT, individually and on
behalf of all others similarly situated,

        Plaintiffs,

v.                                Case No. 1:16-cv-00112-MCA-CG

MVCI ENERGY SERVICES, INC.,

        Defendant.

## NOTICE OF SETTLEMENT

The parties have reached a settlement in this matter and will provide the Court with the appropriate dismissal documents by September 16, 2016.

Respectfully submitted,

By: */s/ Justin R. Kaufman*
    Justin R. Kaufman
    Rosalind B. Bienvenu
    HEARD ROBINS CLOUD, LLP
    505 Cerrillos Road, Suite A209
    Santa Fe, NM  87501
    Tel:  (505) 986-0600
    Fax:  (505) 986-0632
    jkaufman@heardrobins.com
    rbienvenu@heardrobins.com

- AND -

BY: */s/ Andrew W. Dunlap*
    Michael A. Josephson
    Texas Bar No. 24014780
    (*Pro Hac Vice*)
    Andrew W. Dunlap
    Texas Bar No. 24078444
    (*Pro Hac Vice*)
    FIBICH, LEEBRON, COPELAND BRIGGS & JOSEPHSON
    1150 Bissonnet Street
    Houston, TX  77005
    Tel:  (713) 751-0025

    Fax:  (713) 751-0030
    mjosephson@fibichlaw.com
    litkin@fibichlaw.com
    adunlap@fibichlaw.com

- AND -

    Richard J. (Rex) Burch
    Texas Bar No. 24001807
    (*Pending Pro Hac Vice*)
    BRUCKNER BURCH, P.L.L.C.
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    Tel:  713-877-8788
    Fax:  713-877-8065
    rburch@brucknerburch.com

    *Attorneys for Plaintiff*

By: */s/ Jeffrey L. Lowry*
    Thomas L. Stahl
    Jeffrey L. Lowry
    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
    Post Office Box 1888
    Albuquerque, New Mexico  87103
    Telephone:  (505) 765-5900
    Facsimile:  (505) 768-7395
    tstahl@rodey.com
    jlowry@rodey.com

    *Attorneys for Defendant MVCI Energy Services, Inc.*

## CERTIFICATE OF SERVICE

    I certify that the foregoing document was served by ECF electronic filing on all known parties on this the 25th day of August 2016.

                                                */s/ Andrew W. Dunlap*
                                                Andrew W. Dunlap