IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNY ARCHULETA and JOHN
BOATWRIGHT, individually and on
behalf of all others similarly situated,

        Plaintiffs,

v.                                                                         Case No. 1:16-cv-00112-MCA-CG

MVCI ENERGY SERVICES, INC.,

        Defendant.

### ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE THE DEADLINE TO SUBMIT SETTLEMENT AND DISMISSAL DOCUMENTS DUE TO DEATH OF OPT-IN PLAINTIFF JESSE MARTINEZ

On this day, the Court heard and considered Plaintiffs' motion to continue the deadline to submit settlement and dismissal documents as a result of Opt-in Plaintiff Jesse Martinez's death. The Motion is hereby GRANTED. The Parties shall submit settlement and dismissal documents no later than October 7, 2016.

                                              CARMEN E. GARZA
                                              UNITED STATES MAGISTRATE JUDGE

Approved as to form by:

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap
Texas Bar No. 24078444
(Pending Pro Hac Vice)
Michael A. Josephson
Texas Bar No. 24014780
(Pending Pro Hac Vice)
Lindsay R. Itkin
Texas Bar No. 24068647
(Pending Pro Hac Vice)
FIBICH, LEEBRON, COPELAND BRIGGS & JOSEPHSON
1150 Bissonnet Street
Houston, TX  77005
Tel:  (713) 751-0025
Fax:  (713) 751-0030
mjosephson@fibichlaw.com
litkin@fibichlaw.com
adunlap@fibichlaw.com

- AND

Justin R. Kaufman
Rosalind B. Bienvenu
HEARD ROBINS CLOUD, LLP
505 Cerrillos Road, Suite A209
Santa Fe, NM  87501
Tel:  (505) 986-0600
Fax:  (505) 986-0632
jkaufman@heardrobins.com
rbienvenu@heardrobins.com

- AND -

Richard J. (Rex) Burch
Texas Bar No. 24001807
(*Pending Pro Hac Vice*)
BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Tel:  713-877-8788
Fax:  713-877-8065
rburch@brucknerburch.com

*Attorneys for Plaintiffs*

AND

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

*/s/ Thomas L. Stahl*
Thomas L. Stahl
Jeffrey L. Lowry
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
tstahl@rodey.com
jlowry@rodey.com
***Attorneys for Defendant***
***MVCI Energy Services, Inc.***