# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**KENNY ARCHULETA and JOHN BOATWRIGHT**, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.                                        Case No. 1:16-cv-00112-MCA-CG

**MVCI ENERGY SERVICES, INC.,**

      Defendant.

## STIPULATED RULE 41 MOTION TO DISMISS WITHOUT PREJUDICE CHARLES BOATWRIGHT

Charles Boatwright opted-in this lawsuit; however, after review of his employment records, he does not fall within the class definition. The Parties agree to dismiss him from this action without prejudice.

Respectfully submitted,

By:/s/ *Andrew W. Dunlap*
    Michael A. Josephson
    Texas Bar No. 24014780
    (Pending Pro Hac Vice)
    Andrew W. Dunlap
    Texas Bar No. 24078444
    (Pending Pro Hac Vice)
    Lindsay R. Itkin
    Texas Bar No. 24068647
    (Pending Pro Hac Vice)
    FIBICH, LEEBRON, COPELAND BRIGGS & JOSEPHSON
    1150 Bissonnet Street
    Houston, TX  77005
    Tel:  (713) 751-0025
    Fax:  (713) 751-0030
    mjosephson@fibichlaw.com
    adunlap@fibichlaw.com
    litkin@fibichlaw.com

    - AND

    Justin R. Kaufman
    Rosalind B. Bienvenu
    HEARD ROBINS CLOUD, LLP
    505 Cerrillos Road, Suite A209
    Santa Fe, NM  87501
    Tel:  (505) 986-0600
    Fax:  (505) 986-0632
    jkaufman@heardrobins.com
    rbienvenu@heardrobins.com

    - AND -

    Richard J. (Rex) Burch
    Texas Bar No. 24001807
    (*Pending Pro Hac Vice*)
    BRUCKNER BURCH, P.L.L.C.
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    Tel:  713-877-8788
    Fax:  713-877-8065
    rburch@brucknerburch.com

    *Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I certify that this document was served on all Parties via the Court's electronic filing system.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Counsel for Defendant, who is in agreement with the relief sought herein.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap