IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNY ARCHULETA and JOHN
BOATWRIGHT, individually and on
behalf of all others similarly situated,

        Plaintiffs,

v.                                    Case No. 1:16-cv-00112-MCA-CG

MVCI ENERGY SERVICES, INC.,

        Defendant.

## JOINT MOTION TO FILE UNDER SEAL

Pursuant to Fed. R. Civ. P. 5.2(d), Plaintiffs Kenny Archuleta and John Boatwright and Defendant MVCI Energy Services, Inc. ("MVCI") respectfully request that this Court enter an order permitting them to file under seal Plaintiffs' Unopposed Motion to Approve Wage Settlement ("Motion to Approve"). The Motion to Approve itself details the terms of the parties' settlement, and the parties wish to attach the settlement agreement as an exhibit to facilitate the Court's review of its fairness. However, one of the express and material terms of the settlement agreement is confidentiality as to the settlement amount and terms, and the parties are otherwise interested in keeping this information confidential.

The settlement involves only the claims and potential claims of individuals, not a class or collective action, and all parties are represented by experienced and competent counsel of their choosing. Accordingly, any public interest in the settlement terms is minimal and outweighed by the strong public policy favoring confidential settlement negotiations and the prompt settlement of litigation. A narrowly-tailored order sealing the motion and exhibit is consistent with practice

in this District. *See, e.g.,* Order Granting Motion to File Under Seal, *Tello v. Pro's ABQ Ranch Markets, LLC,* 15-CV-253-WPL-GBW (May 22, 2015). Plaintiffs and MVCI therefore respectfully request leave to file the above-referenced motion under seal. If the Court grants the Motion to Approve, the Order it enters on the settlement need not be filed under seal, as it will not contain any of the confidential information the parties seek to prevent from public disclosure.

WHEREFORE, pursuant to Fed. R. Civ. P. 5.2(d), the parties respectfully request the Court to enter an order allowing Plaintiffs to file their Unopposed Motion to Approve Wage Settlement, with attached exhibit, under seal.

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____/s/ Jeffrey L. Lowry_____
    Thomas L. Stahl
    Jeffrey L. Lowry
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
tstahl@rodey.com
jlowry@rodey.com
*Attorneys for Defendant MVCI Energy Services, Inc.*


FIBICH, LEEBRON, COPELAND BRIGGS & JOSEPHSON

By: *Telephonically Approved on 10/06/2016*
Andrew W. Dunlap
Texas Bar No. 24078444
(Pending Pro Hac Vice)
Michael A. Josephson
Texas Bar No. 24014780
(Pending Pro Hac Vice)
Lindsay R. Itkin
Texas Bar No. 24068647
(Pending Pro Hac Vice)

        1150 Bissonnet Street
        Houston, TX  77005
        Tel:  (713) 751-0025
        Fax:  (713) 751-0030
        mjosephson@fibichlaw.com
        litkin@fibichlaw.com
        adunlap@fibichlaw.com

        - AND -

        Justin R. Kaufman
        Rosalind B. Bienvenu
        HEARD ROBINS CLOUD, LLP
        505 Cerrillos Road, Suite A209
        Santa Fe, NM  87501
        Tel:  (505) 986-0600
        Fax:  (505) 986-0632
        jkaufman@heardrobins.com
        rbienvenu@heardrobins.com

        - AND -

        Richard J. (Rex) Burch
        Texas Bar No. 24001807
        (*Pending Pro Hac Vice*)
        BRUCKNER BURCH, P.L.L.C.
        8 Greenway Plaza, Suite 1500
        Houston, Texas 77046
        Tel:  713-877-8788
        Fax:  713-877-8065
        rburch@brucknerburch.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 7, 2016, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

        By _____
            Jeffrey L. Lowry