IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNY ARCHULETA and JOHN
BOATWRIGHT, individually and on
behalf of all others similarly situated,

        Plaintiffs,

v.                                                                                         No. 1:16-cv-00112-MCA-CG

MVCI ENERGY SERVICES, INC.,

        Defendant.

## ORDER GRANTING JOINT MOTION TO FILE UNDER SEAL

**THIS MATTER** comes before the Court on the parties' *Joint Motion to File Under Seal* (Doc. 33), filed October 7, 2016. The Court, having reviewed the Motion, being fully advised of the premises, and noting that it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion to Approve Wage Settlement Agreement and attached order shall be filed under seal.

_____
THE HONORABL CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE