**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 4 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNY ARCHULETA and JOHN
BOATWRIGHT, individually and on
behalf of all others similarly situated,

Plaintiffs,

v.                                                              Case No. 1:16-cv-00112-MCA-CG

MVCI ENERGY SERVICES, INC.,

Defendant.

## ORDER APPROVING FLSA SETTLEMENT

Having heard and considered the arguments before the Court regarding the proposed FLSA Settlement, the Court is of the opinion that the settlement should be APPROVED. The Plaintiffs' signatures on the Settlement Agreement (filed under seal) demonstrate their willingness to compromise their claims. As a result, Plaintiffs claims are DISMISSED with prejudice. All costs and fees are to be allocated in accordance with the settlement agreement.

IT IS SO ORDERED ON January 24, ~~2016~~ 2017

_____
UNITED STATES DISTRICT COURT JUDGE